# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PARSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. EDCV 07-1289 RNB<br><br>**J U D G M E N T** |

Pursuant to the Order Reversing Decision of Commissioner and Remanding for Further Administrative Poceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: July 3, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE